Certificate Number: 16339-PAW-DE-037791340

Bankruptcy Case Number: 23-21939



16339-PAW-DE-037791340

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2023, at 7:03 o'clock PM EDT, Michael Wukich completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 24, 2023              By:     /s/Kelley Tipton

                                        Name:   Kelley Tipton

                                        Title:  Certified Financial Counselor